IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re:<br>MIN SIK KANG AND MAN SUN KANG,<br>    Debtors.<br>_____<br>YEON K. HAN,<br>    Appellant,<br><br>v.<br><br>RAYMOND A. YANCEY,<br>Chapter 11 Trustee,<br>    Appellee. | 1:15-CV-00953 (LMB/IDD)<br><br>On Appeal from<br>BK NO. 10-18839-RGM<br>in the United States<br>Bankruptcy Court for the<br>Eastern District of Virginia |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that the Appellant's Motion to Stay Enforcement and Set Bond [Dkt. No. 22] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11th day of December, 2015.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge